**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 21-1113

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 9276760 (Class A)** |
| | ] | |
| **v.** | ] | |
| | ] | |
| **RICHARD R. ALLEN** | ] | |
| | ] | **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **8th day of March 2021**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**RICHARD R. ALLEN** did commit:

Possession of Firearms in violation of 18 USC 930.

The name of the Complainant is **Sarah E. Luciano, Esq.**

**SARAH E. LUCIANO, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 6TH DAY OF MAY 2021.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

5/6/21 NK 6/17/21